# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

NO. 03-24-00224-CR
NO. 03-24-00225-CR
NO. 03-24-00226-CR
NO. 03-24-00227-CR
NO. 03-24-00228-CR

**Lorri Alsup Adcock, Appellant**

**v.**

**The State of Texas, Appellee**

### FROM THE 22ND DISTRICT COURT OF COMAL COUNTY
### NOS. CR2021-121A, CR2022-454A, CR2022-522A, CR2022-523A, CR2022-524A,
### THE HONORABLE R. BRUCE BOYER, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellant Lorri Alsup Adcock seeks to appeal judgments of conviction for the offenses of theft with two or more previous convictions, bail jumping-failure to appear, delivery of a controlled substance in an amount more than four grams but less than two hundred grams, possession with intent to deliver a controlled substance in an amount more than four grams but less than two hundred grams, and possession of a controlled substance in an amount more than one gram but less than four grams. In each appeal, the district court has certified that this is a plea-bargain case and Adcock has no right of appeal. Accordingly, we dismiss each appeal for want of jurisdiction. *See* Tex. R. App. P. 25.2(a)(2), (d).

_____

Gisela D. Triana, Justice

Before Chief Justice Byrne, Justices Triana and Kelly

Dismissed for Want of Jurisdiction

Filed:   April 19, 2024

Do Not Publish